UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00244-MC-1 |
| v. | ORDER ON GOVERNMENT'S MOTION FOR A REDUCTION OF SENTENCE |
| DONALD LAWRENCE DENNEY | |
| **Defendant.** | |

This matter came before the Court upon the government's motion for a reduction of sentence pursuant to Rule 35(b), Fed. R. Crim. P. The Court being advised of the Defendant's waiver of appearance and his supplemental confidential sentencing arguments, and good cause having been shown,

**IT IS HEREBY ORDERED** that the defendant's sentence be reduced and an Amended Judgment entered amending the sentence of incarceration to impose a thirty-three month sentence of incarceration followed by a three year term of supervised release.

Dated: September 25, 2024

    s/Michael J. McShane
MICHAEL J. McShane
United States District Judge

Respectfully submitted,
/s/ Tonia Moro
Counsel for Defendant